IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDRE CARVER,

    Plaintiff,                        No. CIV S-07-0428 DFL CMK P

    vs.

LISA MARIA FRANCO,

    Defendant.

_____/        <u>ORDER</u>

        Plaintiff is a state prisoner proceeding without counsel. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action. <u>See</u> 28 U.S.C. § 1914(a), 1915(b)(1). Plaintiff has been without funds for six months and is currently without funds. Accordingly, the court will not assess an initial partial filing fee. <u>See</u> 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account. These payments shall be

1

collected and forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full. See 28 U.S.C. § 1915(b)(2).

In an action brought under 42 U.S.C. § 1983, plaintiff alleges that defendant conspired with the district attorney, his co-defendant's attorney and others to secure plaintiff's conviction. Plaintiff does not seek reversal of his conviction but instead seeks compensatory, and punitive damages.[1] He also asks that the court order the California State Bar to disbar defendant. The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs. Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted.

2. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. The fee shall be collected and paid in accordance with this court's order to the Director of the California Department of Corrections filed concurrently herewith.

3. Service is appropriate for defendant Franco

4. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed March 3, 2007.

5. Within thirty days from the date of this order, plaintiff shall complete the

---

[1] Plaintiff states that he seeks compensatory, exemplary and punitive damages; however, the court notes that punitive damages are the same things as exemplary damages—damages which provide the claimant with recovery above and beyond compensatory damages in order to punish the wrongdoer and to deter the wrongdoer and others from similar conduct in the future.

2

attached Notice of Submission of Documents and submit the following documents to the court:

      a. The completed Notice of Submission of Documents;

      b. One completed summons;

      c. One completed USM-285 form for defendant Franco; and

      d. two copies of the endorsed complaint filed March 5, 2007.

    6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED:  April 18, 2007.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|             Plaintiff,          |        No. CIV               |
|---------------------------------|------------------------------|
| vs.                             |                              |
|                                 | <u>NOTICE OF SUBMISSION</u>  |
|             Defendants.         | <u>OF DOCUMENTS</u>          |
| _____ /   |                              |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

  _____ completed summons form

  _____ completed USM-285 forms

  _____ copies of the _____
           Complaint/Amended Complaint

DATED:

                 _____
                 Plaintiff