IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE RAMON CRAVER, | No. CIV S-07-0428-RRB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| LISA MARIA FRANCO, | |
| Defendant. | |
| _____/ | |

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Before the court is plaintiff's request for an additional 60 days to respond to defendant's motion to dismiss (Doc. 32).  Defendant has not filed an opposition.  Good cause appearing therefor, the request is granted in part.  Plaintiff will have 30 days from the date of this order to file his opposition.  This order is without prejudice, and plaintiff may renew his motion for additional time upon a showing of good cause.  However, plaintiff must make a reasonable attempt to file a timely opposition.

      IT IS SO ORDERED.

DATED: December 5, 2007

                                                                                                **CRAIG M. KELLISON**
                                                                               UNITED STATES MAGISTRATE JUDGE

1